IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM JONES,

                Plaintiff,

v.

MIKE DONOVAN,

                Defendant.

OPINION AND ORDER

21-cv-269-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff William Jones filed this civil action under 42 U.S.C. § 1983 against defendant Mike Donovan, the chaplain at the Green Bay Correctional Institution, contending that Donovan violated his First Amendment rights by refusing to give him a Quran and place him on the list for the Ramadan fasting and Halal diets between 2017 and 2020, and then retaliated against him when he complained.  Defendant has filed a motion under 28 U.S.C. § 1406(a) to dismiss the case or transfer it to the Eastern District of Wisconsin, on the grounds that defendant resides in the Eastern District and the relevant events took place in the Eastern District.  Plaintiff opposes the motion, but it is clear from defendant's submissions that venue is proper only in the Eastern District of Wisconsin.  28 U.S.C. § 1391(b) (venue is proper where defendants reside or where the events giving rise to the claim took place).  I conclude that transfer, rather than dismissal, is in the interests of justice. Accordingly, I will grant defendant's motion and will transfer this case to the Eastern District of Wisconsin.

1

ORDER

IT IS ORDERED that defendant's motion to transfer this case to the Eastern District of Wisconsin, dkt. # 11, is GRANTED. This case is TRANSFERRED to the Eastern District of Wisconsin.

Entered this 22d day of September, 2021.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge